# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Peter Mwithiga,

       Plaintiff

vs.

MGM Resort International, et al.,

       Defendants

Case No.: 2-14-cv-2187-JAD-VCF

**Order Re: Doc. 52**

      On April 21, 2015, I entered an order expressly denying *pro se* plaintiff Peter K. Mwithiga's motion for summary judgment.[1]   Curiously, however, defendant MGM Resort International filed an opposition to that motion six days later; MGM even acknowledges in its brief that the motion is moot, and MGM even references my order.[2]

      Because the court denied the motion for summary judgment (Doc. 43), there was no need for MGM to file any responsive brief, and the court will disregard this brief (Doc. 52).  MGM is cautioned that further unnecessary briefing may be met with sanctions.  Mwithiga is instructed that no reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment (Doc. 52) should be filed.

      DATED April 28, 2015.

_____
Jennifer A. Dorsey
United States District Judge

**Clerk to notify:**

**Peter K. Mwithiga**
**3226 W. Indian School Rd.**
**Apt. C334**
**Phoenix, AZ 85017**

---

[1] Doc. 43, Doc. 50 at 2 ("Mwithinga's Motion for Summary Judgment (Doc. 43) [is] DENIED without prejudice").

[2] Doc. 52 at 1.